UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James P. Shannon, | Case No. 18-cv-0646 (WMW/LIB) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Minnesota Department of Corrections and Tom Roy, | |
| Respondents. | |

This matter is before the Court on the June 4, 2019 Report and Recommendation (R&R) of United States Magistrate Judge Leo I. Brisbois. (Dkt. 18.) Objections to the R&R have not been filed in the time period permitted. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The June 4, 2019 R&R, (Dkt. 18), is **ADOPTED**;

2. Respondents' motion to dismiss, (Dkt. 14), is **GRANTED**;

3. The amended petition of Petitioner James P. Shannon for a writ of habeas corpus, (Dkt. 6), is **DENIED**; and

4. This case is **DISMISSED WITHOUT PREJUDICE**.

5. No certificate of appealability shall issue.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: July 24, 2019                s/Wilhelmina M. Wright
                                    Wilhelmina M. Wright
                                    United States District Judge